IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND SETZKE     PLAINTIFF

v.     Civil No. 07- 5176

STEVE WHITMILL, Former Sheriff
Washington County, Arkansas;
OFFICER GRAMMAR, Fayetteville
Police Department; DEPUTY COKER,
Washington County Sheriff's Department;
OFFICER BILLY DUNN, Johnson Police
Department; SCOTT YOUNG, Washington
County Sheriff's Department; FRANK
JOHNSON, Fayetteville Police Department;
OFFICER SKELTON, Washington County
Sheriff's Department; VERNON SIZEMORE,
Police Chief of Johnson, Arkansas     DEFENDANTS

## ORDER

Raymond Setzke, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he submitted only the first page of the IFP application and did not have the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to send the plaintiff a blank IFP application.** Plaintiff is given until **October 26, 2007**, to complete the IFP application including having the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by**

-1-

AO72A
(Rev. 8/82)

October 26, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.

IT IS SO ORDERED this __9__ day of October 2007.

*[signature]*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 1 0 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK