```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

RAYMOND SETZKE                                          PLAINTIFF

        v.              Civil No. 07-5176

STEVE WHITMILL, Former Sheriff
Washington County, Arkansas;
OFFICER GRAMMAR, Fayetteville
Police Department; DEPUTY COKER,
Washington County Sheriff's Department;
OFFICER BILLY DUNN, Johnson Police
Department; SCOTT YOUNG, Washington
County Sheriff's Department; FRANK
JOHNSON, Fayetteville Police Department;
OFFICER SKELTON; Washington County
Sheriff's Department; VERNON SIZEMORE,
Police Chief of Johnson, Arkansas                       DEFENDANT

## ORDER

Now on this 16th day of June, 2008, comes on for consideration the Report and Recommendation issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 49), and the plaintiff's objections to the Report and Recommendation. (Doc. 52)

The Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.[1]

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of**

---

[1] The Court also notes that throughout the course of this matter it has received multiple written correspondence from Mr. Setzke in the form of letters addressed directly to Judge Jimm Larry Hendren. The Court directs Mr. Setzke to Rule 7.3 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas concerning ex parte communications with the Court. This Court *will*, however, respond to any motion filed with the Court in the most prompt and efficient way possible.

**the Magistrate Judge** is **adopted *in toto*.**  Accordingly, the Court hereby adopts the Report and Recommendations and:

\*    the motions to dismiss (docs. 10, 21, and 27) should be, and they hereby are, **denied;**

\*    the alternative motions to stay (docs. 10, 21, and 27) should be, and they hereby are, **granted.**

\*    This case is stayed and administratively terminated until the plaintiff, Raymond Setzke, has paid attorneys' fees to the Washington County defendants as ordered in Doc. 119 of Case Number 04-5046 in the amount of $2,049.15; to the Fayetteville defendants in the amount of $616.39; and to the Johnson defendants in the amount of $1,968.75.  Upon full payment of the attorneys' fees, Mr. Setzke may file a motion to re-open this case.

**IT IS SO ORDERED.**

                                                            /s/ Jimm Larry Hendren
                                                            JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE